■ ROSARIO CHAVEZ, Respondent, v CITY OF NEW YORK, Defendant and Third-Party Plaintiff-Respondent. MADELINE CHOCOLATES NOVELTIES, INC., Third-Party Defendant-Appellant. (Action No. 1.) ROSARIO CHAVEZ, Respondent, v NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, Appellant, et al., Defendant. (And a Third-Party Action.) (Action No. 2.) [879 NYS2d 337]— Separate appeals by Madeline Chocolates Novelties, Inc., the third-party defendant in action No. 1, and New York City Industrial Development Agency, a defendant in action No. 2, from an order of the Supreme Court, Queens County (Kerrigan, J.), dated February 6, 2008.

Ordered that the order is affirmed, with one bill of costs, for reasons stated by Justice Kerrigan at the Supreme Court. Fisher, J.P., Covello, Angiolillo and Leventhal, JJ., concur.